UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT HERNANDEZ, | No. C 07-1287 MHP (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| ROBERT AYERS, | |
| Respondent. | |
| _____/ | |

The petition for writ of habeas corpus is denied.

IT IS SO ORDERED AND ADJUDGED.

DATED: June 3, 2008

Marilyn Hall Patel
United States District Judge